IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01644-EWN-MJW

ROBERT E. PRESTON,

Plaintiff,

v.

ATMEL CORPORATION, et al.,

Defendants.

**ORDER REGARDING:**
**(1)  PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND PROPOSED PROTECTIVE ORDER (DOCKET NO. 29)**
**AND**
**(2) DEFENDANTS' MOTION FOR PROTECTIVE ORDER (DOCKET NO. 28)**

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Plaintiff's Motion for Protective Order and Proposed Protective Order (docket no. 29) and Defendants' Motion for Protective Order (docket no. 28).  The court has reviewed both motions and has taken judicial notice of the court's file.  In addition, the court has considered applicable Federal Rules of Civil Procedure and case law.  The court now being fully informed makes the following findings of fact, conclusions of law, and order.

**FINDINGS OF FACT AND CONCLUSIONS OF LAW**

All parties to this lawsuit agree that a protective order should be entered in this

case pursuant to Fed. R. Civ. P. 26(c).  The parties have tried to work out the exact language to be included in such protective order but have been unable to come to an agreement.  Accordingly, each party has separately submitted their protective order motions (docket nos. 28 and 29) and draft written protective orders for this court's consideration.

Here, I find that a protective order should be entered pursuant to Fed. R. Civ. P. 26(c) and Gillard v. Boulder Valley Sch. Dist. RE-2, 196 F.R.D. 382, 386 (D. Colo. 2000).  In reviewing each party's proposed protective orders, I find that Plaintiff's written proposed protective order (docket no. 29-2) is sufficient to protect all of the concerns that have been raised by the parties in the respective motions for protective order (docket nos. 28 and 29).

**ORDER**

**WHEREFORE**, based upon these findings of fact and conclusions of law, this court **ORDERS**:

1. That Plaintiff's Motion for Protective Order and Proposed Protective Order (docket no. 29) is **GRANTED**;

2. That Defendants' Motion for Protective Order (docket no. 28) is **GRANTED**;

3. That the court will adopt and approve the Plaintiff's written proposed protective order (docket no. 29-2) and make it an Order of the court; and,

4. That each party shall pay their own attorney fees and costs for

3

these cross motions.

Done this 26th day of October 2007.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE