IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01644-EWN-MJW

ROBERT E. PRESTON,

Plaintiff,

v.

ATMEL CORPORATION, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the Unopposed Motion to Amend Complaint and Amended Complaint (document 37) is GRANTED. The amended complaint is accepted for filing as of October 31, 2007.

Dated: October 31, 2007