IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01644–EWN–MJW

ROBERT E. PRESTON,

    Plaintiff,

v.

ATMEL CORPORATION,
PRESTON HARTMAN,
CHRIS RATHER, and
NICK REINERT,

    Defendants.

---

## ORDER

---

    The motion (#60) to allow a rule 35 examination is **DENIED** for failure to comply with local rule 7.1A. Plaintiff's counsel, however, is directed to confer (or have someone with authority confer) within twenty-four hours of the posting of this order or show cause in writing why he should not be held in contempt of court for refusing or neglecting to confer.

    Dated this 12th day of February, 2008.

                                        BY THE COURT:

                                        s/ Edward W. Nottingham
                                        EDWARD W. NOTTINGHAM
                                        Chief United States District Judge