IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01644-EWN-MJW

ROBERT E. PRESTON,

Plaintiff,

v.

ATMEL CORPORATION, et al.,

Defendants.

---

**MINUTE ORDER**

---

It is hereby ORDERED that Defendants' Motion for Additional Time to Take Plaintiff's Deposition and Rule 7.1 Certificate of Compliance (docket no. 52) is GRANTED finding good cause shown. Defendants shall be given an additional seven (7) hours to depose Plaintiff. The parties are to forthwith meet and confer and set a date and time to complete Plaintiff's deposition.

In this case, Plaintiff has raised six (6) separate claims for relief dating back to at least 1999. Moreover, approximately 1,700 pages of discovery have been exchanged between the parties in this case. Furthermore, numerous issues have been raised in the pleadings. The court finds that an additional seven (7) hours to complete Plaintiff's deposition under these facts is appropriate.

Date: February 21, 2008