IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-cv-01644-EWN-MJW

ROBERT E. PRESTON,

Plaintiff,

v.

ATMEL CORPORATION, et al.,

Defendants.

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Motion to Compel (docket no. 55) is DENIED for failure to comply with D.C.COLO.LCivR 7.1A. There is no averment in the subject motion that Plaintiff's counsel made any effort to meet and confer before filing this motion as required under D.C.COLO.LCivR 7.1A. Moreover, in Defendant's response (docket no. 74), it states on page one of the response, in pertinent part**:** **"...Before filing his motion, Plaintiff made no attempt to compromise, focus, or resolve even a single one of his discovery requests. His motion, as a result, lacks the required Rule 7.1 Certification, and should be denied for this reason alone."** This is the second time within less than two weeks where the court has had to advise Plaintiff's counsel of D.C.COLO.LCivR 7.1A. *See* Chief Judge Nottingham's Order dated February 12, 2008 (docket no. 65). It is strongly suggested that the parties should meet and confer before filing any further motions with this court consistent with D.C.COLO.LCivR 7.1A.

Date: February 21, 2008