IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07–cv–01644–EWN–MJW

ROBERT E. PRESTON,

    Plaintiff,

v.

ATMEL CORPORATION,
PRESTON HARTMAN,
CHRIS RATHER, and
NICK REINERT,

    Defendants.

# ORDER

    This matter is before the court on four motions, all filed on October 9, 2007: (1) "Motion of Atmel Corp. for Partial Dismissal" (#17); (2) "Motion of Preston Hartman to Dismiss" (#19); (3) "Motion of Chris Rather to Dismiss" (#20); and (4) "Motion of Nick Reinert to Dismiss" (#21). Since these motions were filed, the court permitted Plaintiff to amend his complaint. Subsequently, all Defendants filed amended motions to dismiss. Accordingly, the motions directed at Plaintiff's inoperative initial complaint are hereby denied as moot.

    Based on the foregoing it is therefore ORDERED that:

    1.    Defendant Atmel Corp.'s Motion for Partial Dismissal (#17) is DENIED as moot;

    2.    Defendant Hartman's Motion to Dismiss (#19) is DENIED as moot;

3. Defendant Rather's Motion to Dismiss (#20) is DENIED as moot; and

4. Defendant Reinert's Motion to Dismiss (#21) is DENIED as moot.

Dated this 22nd day of February, 2008

                            BY THE COURT:

                            s/ Edward W. Nottingham
                            EDWARD W. NOTTINGHAM
                            Chief United States District Judge